IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARRY RICHARD DENT,

      Petitioner,

Case No. 2:12-cv-00389-BR

ORDER TO RELEASE MEDICAL AND
AND MENTAL HEALTH RECORDS

v.

STEVE FRANKE,

      Respondent.

BROWN, Judge.

TO: **OREGON DEPARTMENT OF CORRECTIONS**

The Court hereby ORDERS the Oregon Department of Corrections ("ODOC") to release directly to the Court copies of any and all medical and mental health records (the "records") in the custody and control ODOC for inmate Barry Richard Dent. See Or. Rev. Stat. § 179.495(1); 45 C.F.R. § 164.512(e)(1). The records shall include any and all records of Petitioner's incarceration and

1 - ORDER TO RELEASE MEDICAL AND MENTAL HEALTH RECORDS -

treatment at the Oregon State Hospital and any state correctional facility.

The records are to be submitted to the Court under seal, for *in camera* review. The records shall not be disclosed to counsel or either party unless and until the Court otherwise orders. The records shall be submitted to the Court within 30 days of the date of this Order.

IT IS SO ORDERED.

DATED this 12th day of June, 2013.

                                              _____
                                              ANNA J. BROWN
                                              United States District Judge